

**NUMBER 13-18-00253-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF LA FERIA, TEXAS,                                          Appellant,

v.

SOUTH TEXAS COLLABORATION
FOR HOUSING DEVELOPMENT, INC. ET AL,                             Appellees.

### On appeal from the 107th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellant City of La Feria, Texas perfected an appeal from a judgment entered by the 107th Judicial District Court of Cameron County, Texas, in cause number 2017-DCL-02925. Appellant has filed an unopposed motion to dismiss the appeal on grounds that all matters in controversy between the parties in this cause have been settled. Appellant

requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
6th day of December, 2018.